01
02
03
04

05                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
06                                   AT SEATTLE

07  PAMELA BACK,                              )
                                              )   CASE NO. C13-5053-RSL
08           Plaintiff,                       )
                                              )
09           v.                               )   ORDER AFFIRMING
                                              )   COMMISSIONER
10  CAROLYN W. COLVIN,                        )
    Acting Commissioner of Social Security,   )
11                                            )
             Defendant.                       )
12  _____  )

13       The Court has reviewed the entire record, including the Administrative Record, the

14  memoranda of the parties, and the Report and Recommendation of United States Magistrate

15  Judge Mary Alice Theiler.   It is therefore ORDERED:

16       (1)     The Court adopts the Report and Recommendation;

17       (2)     The Court AFFIRMS the decision of the Commissioner.

18  .

19                  Dated this 6th day of November, 2013.

20
                                        /s/ Robert S. Lasnik
21                                      ROBERT S. LASNIK
                                        United States District Judge
22


ORDER AFFIRMING COMMISSIONER
PAGE -1